In the Matter of the Petition of THEODORUS BAILEY for an Order Requiring ROBBINS S. RUTHERFORD, an Attorney, Respondent, to Return Certain Moneys. JOHN W. REMER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.